Evalina L. **ROBERTS**, Appellant, v. The
UNITED STATES of America, Appellee
(two cases).

James M. **ROBERTS**, Appellant, v. The
UNITED STATES of America, Appellee (three cases).

Nos. 10535–10539.

United States Court of Appeals
District of Columbia Circuit.

Argued Jan. 12, 1951.

Decided April 5, 1951.

Joseph J. Lyman, Washington, D. C., with whom Josiah Lyman, Washington, D. C., was on the brief, for appellants.

Joseph M. Howard, Asst. U. S. Atty., Washington, D. C., with whom George Morris Fay, U. S. Atty., and Arthur J. McLaughlin and Joseph F. Goetten, Asst. U. S. Attys., Washington, D. C., were on the brief, for appellee. Richard M. Roberts, Asst. U. S. Atty., Washington, D. C., also entered an appearance for appellee.

Before WILBUR K. MILLER, PRETTYMAN and WASHINGTON, Circuit Judges.

PER CURIAM.

Appellants were convicted of violations of the Marihuana Tax Act, 26 U.S.C.A. §§ 2591(a), 2593(a). Appellant James M. Roberts was also convicted of a violation of the Harrison Anti-Narcotic Act, 26 U.S.C.A. §§ 2553(a), 2554(a). We have examined the record and find no prejudicial error. The judgments of the District Court are accordingly

Affirmed.